FILED
July 11, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Amy Polnoff, ) <br> ) <br> Defendant. ) | Case No. 2:05cr128 LKK <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Amy Polnoff Case No. 2:05cr128 LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of _____

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    _X_ Appearance Bond in the amount of $300,000 secured by Real Property, to be posted within 2 weeks

    ___ Corporate Surety Bail Bond

_X_ (Other) PTS conditions/supervision

Issued at Sacramento, CA on July 11, 2005 at 3:11 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge