LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
2029 Century Park Boulevard, Suite 1400
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant,
AMY POLNOFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-05-128-LKK |
| ) | |
| Plaintiff, ) | |
| ) | SUBSTITUTION OF ATTORNEY |
| vs. ) | FOR DEFENDANT AMY POLNOFF |
| ) | and ORDER |
| AMY POLNOFF, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

TO THE CLERK OF THE ABOVE CAPTIONED COURT:

    Defendant, AMY POLNOFF, hereby substitutes Joseph Shemaria, Esq., 2029 Century Park East, Suite 1400, Los Angeles, CA 90067, a member of the Bar of this Court, (Telephone (310)772-2211) in place of Marcus D. Merchasin, Esq., 582 Market Street, Suite 1400, San Francisco, CA 94104, Telephone (415) 678-2700.

DATED: April 17, 2006

                                                  LAW OFFICES OF JOSEPH SHEMARIA


                                     By: _/s/ Joseph Shemaria___
                                        JOSEPH SHEMARIA, ESQ.
                                       Attorney for Defendant AMY POLNOFF

United States of America v. Amy Polnoff, et al.
Substitution of Attorney for Defendant Amy Polnoff
Case No. CR-S-05-128-LKK                  - 1 -

I REQUEST THE COURT TO ACCEPT THE ABOVE SUBSTITUTION.

DATED: April 18, 2006      /s/ Amy Polnoff
                           AMY POLNOFF

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: April 18, 2006      /s/ Marcus Merchasin
                           MARCUS D. MERCHASIN, ESQ.

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: April 17, 2006      /s/ Joseph Shemaria
                           JOSEPH SHEMARIA, ESQ.

# ORDER

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

IT IS HEREBY ORDERED that, pursuant to Defendant AMY POLNOFF'S Application for Substitution of Counsel, Joseph Shemaria, Esq. is hereby substituted in place and instead of Marcus Merchasin, Esq. as attorney of record for Defendant AMY POLNOFF.

DATED: April 20, 2006.

           /s/ Lawrence K. Karlton
            HONORABLE LAWRENCE K. KARLTON
            Senior, United States District Judge

United States of America v. Amy Polnoff, et al.
Substitution of Attorney for Defendant Amy Polnoff
Case No. CR-S-05-128-LKK                         - 2 -