```
 1  JOHN BALAZS, Bar #157287
    Attorney At Law
 2  916 2nd Street, 2nd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-9299
    John@Balazslaw.com
 4
    Attorney for Defendant
 5  AMY POLNOFF
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 05-128-LKK |
| ) | |
| Plaintiff, ) | **SUBSTITUTION OF COUNSEL FOR** |
| ) | **DEFENDANT AMY POLNOFF AND ORDER** |
| v. ) | |
| ) | |
| AMY POLNOFF, et al., ) | |
| ) | Hon. Lawrence K. Karlton |
| Defendants. ) | |
| _____ ) | |

Defendant Amy Polnoff, through counsel, hereby moves to substitute appointed CJA counsel John Balazs for retained counsel Joseph Shemaria. Ms. Polnoff has ran out of funds to pay her retained attorney. She has submitted a financial affidavit to the Federal Defender's Office demonstrating that she qualifies for appointment of counsel and requests that counsel be appointed to represent her in this action. The Federal Defender's Office has contacted undersigned counsel John Balazs to represent Ms. Polnoff in this action.

///

///

///

For these reasons, defendant Polnoff respectfully moves to substitute CJA appointed attorney John Balazs for retained attorney Joseph Shemaria in this action.

Respectfully submitted

Dated: May 4, 2007

/s/ Amy Polnoff
AMY POLNOFF
DEFENDANT

Dated: May 4, 2007

/s/ Joseph Shemaria
JOSEPH SHEMARIA
Attorney for Defendant

Dated: May 4, 2007

/s/John Balazs
JOHN BALAZS
Attorney Seeking Appointment

**ORDER**

IT IS SO ORDERED.

DATED: May 10, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT