McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S-05-128 LKK |
| Plaintiff, | |
| v. | Order Dismissing Count 34 As to Amy Polnoff Only |
| JAMES S. KALFSBEEK, et al., | |
| Defendants. | |

Based on the the government's motion to dismiss Count 34 of the superceding indictment against defendant Amy Polnoff only,

IT IS HEREBY ORDERED that Count 34 of the above-captioned superceding indictment be and hereby is dismissed as to defendant Amy Polnoff only.

DATED: October 23, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT