| | |
|---|---|
| 1 | JOHN BALAZS, Bar #157287 |
| 2 | Attorney At Law |
| | 916 2nd Street, Suite F |
| 3 | Sacramento, California 95814 |
| | Telephone: (916) 447-9299 |
| | John@Balazslaw.com |

JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
AMY POLNOFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 05-128-LKK |
| Plaintiff, | |
| v. | DEFENDANT AMY POLNOFF'S APPLICATION AND ORDER FOR AUTHORIZATION TO SUBMIT EXHIBIT C TO HER SENTENCING MEMORANDUM UNDER SEAL |
| JAMES S. KALFSBEEK; KURT LAKOTA; SHERWOOD T. RODRIGUES; AMY POLNOFF; DAVID POLNOFF; LOUISE RENFRO; BLANCHE PATRICIA HASSAL; and DONNA ROE, | |
| Defendants. | **SENTENCING**: Date: October 6, 2009 Time: 9:15 a.m. Hon. Lawrence K. Karlton |

Defendant Amy Polnoff, through counsel, hereby applies for an order permitting her to file Exhibit C to her Sentencing Memorandum under seal. Exhibit C contains a psychological report ( C(1)) and a letter from her treating mental health professionals (C(2)) that includes personal and private information that should not be filed publically. Polnoff's counsel will deliver hard copies of Exhibit C to the prosecutor and probation officer.

Respectfully submitted.

Dated: September 30, 2009

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
Amy Polnoff

# **ORDER**

For good cause shown in the attached application, the Court hereby grants defendant Amy Polnoff's application to file Exhibit C to her Sentencing Memorandum under seal.

Dated: September 30, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT