JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
AMY POLNOFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S 05-128-LKK |
| Plaintiff, | ) | |
| | ) | ORDER RE: FINAL PRESENTENCE REPORT |
| v. | ) | |
| AMY POLNOFF, | ) | |
| Defendant. | ) | |

**ORDER**

For the reasons set forth by defendant Amy Polnoff's attorney at her sentencing hearing on October 6, 2009, the Court hereby orders that the 2-page letter from Muhammad S. Zia, M.D. and Max Heinemann, L.C.S.W. dated September 3, 2009 (Exhibit C(2) to Defendant's Sentencing Memorandum) be appended and attached to the final presentence report provided to the Bureau of Prisons.

Dated: October 7, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT