```
 1  JOHN BALAZS, Bar #157287
    Attorney At Law
 2  916 2nd Street, Suite F
    Sacramento, California 95814
 3  Telephone: (916) 447-9299
    John@Balazslaw.com
 4
    Attorney for Defendant
 5  AMY POLNOFF
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT
 9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,  )  No. 05-128-LKK
12                             )
             Plaintiff,        )
13                             )  **STIPULATION AND ORDER TO**
         v.                    )  **EXTEND SELF-SURRENDER DATE**
14                             )
    AMY POLNOFF,               )
15                             )
             Defendant.        )
16  _____)
```

Defendant Amy Polnoff, through her counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney R. Steven Lapham, hereby stipulate and request that the Court extend defendant Amy Polnoff's surrender date to begin serving her term of imprisonment from November 10, 2009 to November 30, 2009, before 2 p.m.

On October 6, 2009, the Court sentenced Ms. Polnoff to 30 months imprisonment. Counsel originally asked for an early surrender date of November 10, 2009, with the optimistic expectation that the Bureau of Prison's would be able to designate her place of confinement by the end of October, 2009. As of today's date, the Bureau of Prison has not yet designated her place of confinement and counsel does not expect that Ms. Polnoff will be designated by November 10, 2009. Ms. Polnoff has been in contact with her counsel on a regular basis.

Counsel thus seeks to continue her surrender date to November 30, 2009, which

would be just under 8 weeks after her sentencing date.

Respectfully submitted,

Dated:  November 1, 2009

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
AMY POLNOFF


LAWRENCE G. BROWN
U.S. Attorney

Dated:  November 1, 2009

By:  /s/ R. Steven Lapham
R.STEVEN LAPHAM
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**  The defendant shall surrender for service of her sentence in this case at the institution designated by the Bureau of Prison, or if no place is designated to the U.S. Marshal's Office in Sacramento, by 2:00 p.m. on November 30, 2009.

Dated:  November 3, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT