UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMY POLNOFF,

        Petitioner,

   v.

U. S. DEPARTMENT OF JUSTICE,
BENJAMIN B. WAGNER, United
States Attorney,

        Respondent.

/

NO. CR. S-05-128 LKK

O R D E R

    The court is in receipt of a document entitled "Petition for Writ of Habeus (sic) Corpus". The request for relief is DENIED.

    IT IS SO ORDERED.

    DATED: October 7, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT