1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  AMY POLNOFF

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )   No. 05-128-LKK
                                 )
13              Plaintiff,       )
                                 )   **STIPULATION AND ORDER FOR**
14       v.                      )   **WAIVER OF INTEREST ON**
                                 )   **RESTITUTION**
15  AMY POLNOFF,                 )
                                 )
16              Defendant.       )
    _____)

17

18       Defendant Amy Polnoff, through her counsel John Balazs, and the United States,

19  through its counsel, Assistant U.S. Attorney R. Steven Lapham, hereby stipulate and

20  request that the Court amend the stipulation and order filed June 25, 2010 (document 420)

21  to waive interest on the $74,775.00 in restitution ordered by the Court.

22       Ms. Polnoff was represented by CJA counsel at the time of sentencing. Based on the

23  showing in the presentence report that Ms. Polnoff did not have the ability to pay a fine,

24  the Court did not impose a fine.

25  ///

26  ///

27  ///

28

The parties stipulate that the Court likewise waive interest on restitution based on Ms. Polnoff's inability to pay interest.

Respectfully submitted,

Dated: November 13, 2012 /s/ John Balazs
JOHN BALAZS

Attorney for Defendant
AMY POLNOFF

BENJAMIN B. WAGNER
U.S. Attorney

Dated: November 13, 2012

By: /s/ R. Steven Lapham
R. STEVEN LAPHAM
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.** The judgment shall be amended to reflect that interest on restitution is waived.

Dated: November 28, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT